FILED
 2015 Apr-28  PM 04:32
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTINA R. WALLS,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | 2:15-cv-125-KOB |
| ] | |
| **BUREAUS INVESTMENT GROUP** ] | |
| **PORTFOLIO NO. 15, LLC.,** ] | |
| ] | |
| Defendant. ] | |

## FINAL ORDER

The court, having received the Joint Stipulation of Dismissal With Prejudice (doc. 11), DISMISSES this action WITH PREJUDICE, with each party to bear her or its own costs.

DONE and ORDERED this 28th day of April, 2015.



KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE